UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 15-po-00019-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WAYNE L. CROSBY,

    Defendant.

---

## PROPOSED ORDER

---

THIS MATTER having come before the Court on Defendant's MOTION TO CONTINUE, the Court rules as follows:

(   )     denies the motion;

( X )     grants the motion;

( X )     sets the matter for hearing on the 22 day of June, 2015, at 3:10 am/**pm**.

Dated at Grand Junction, Colorado, this 12 day of June, 2015.

BY THE COURT:

HON. GORDON P. GALLAGHER
UNITED STATES DISTRICT MAGISTRATE JUDGE

3